*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, J. STEPHENS, and KOVAC,
Appellate Military Judges

————————————

**UNITED STATES**
Appellee

**v.**

**Jaime J. LOMELI**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900170**

Decided: 31 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel Mark D. Sameit, USMC. Sentence adjudged 25 February 2019 by a general court-martial convened at Marine Corps Base Camp Butler, Okinawa, Japan, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 44 months, and a dishonorable discharge[1].

For Appellant: Captain Bree A. Ermentrout, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

---

[1] The Convening Authority suspended confinement in excess of 36 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court